■ MARY McGINNIS, Appellant, et al., Plaintiff, v. GRAND UNION CO., Defendant-Respondent and Third-Party Plaintiff-Respondent. CAREFUL HOUSE AND WINDOW CLEANING CO., Third-Party Defendant-Respondent.— In a negligence action to recover damages for personal injuries, the plaintiff Mary McGinnis, by permission of this court, appeals from an order of the Appellate Term of the Supreme Court, entered December 27, 1960, which reversed a judgment of the City Court of the City of New York, Borough of Queens, dated March 2, 1960, in her favor, after a jury trial, and which directed a new trial. Order affirmed, with costs to defendant and third-party defendant; and, pursuant to the stipulation for judgment absolute heretofore filed, judgment is directed against plaintiff, Mary McGinnis, dismissing her complaint. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ EVELYN O'LEARY et al., Respondents, v. BRAILE, INC., et al., Appellants.— In a negligence action to recover damages for personal injuries, defendants appeal from an order of the Supreme Court, Queens County, dated October 27, 1960, granting plaintiffs' motion for summary judgment and directing an assessment of damages, pursuant to rule 113 of the Rules of Civil Practice. Order reversed, without costs, and motion for summary judgment denied. In our opinion, upon this record, there are triable issues of fact with respect to proximate cause and freedom from contributory negligence. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK D'ANDREA, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered August 5, 1959, convicting him, on his plea of guilty, of grand larceny in the second degree, and sentencing him, as a prior felony offender, to serve a term of 2½ to 3½ years. Judgement affirmed. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.